**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**JOSEPH J. WISEMAN, P. C.**
   **1477 Drew Avenue, Suite 106**
   **Davis, California 95618**
   **Telephone: 530.759.0700**
   **Facsimile:   530.759.0800**

**Attorney for Defendant**
**ERIC PANG**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>                                               )<br>             Plaintiff,                  )<br>                                               )<br>     vs.                                      )<br>                                               )<br> ERIC PANG,                            )<br>                                               )<br>             Defendant.             )<br>                                               ) | Case No. CR S 08-0543 GEB<br><br>**STIPULATION AND ORDER TO**<br>**CONTINUE SENTENCING** |

It is hereby stipulated and agreed to between Plaintiff, UNITED STATES OF AMERICA, through its counsel of record, Michael M. Beckwith, Assistant United States Attorney, and Defendant, ERIC PANG, through his counsel of record, Joseph J. Wiseman, and without objection from the United States Probation Officer assigned to this case, that the sentencing of Defendant now scheduled for December 4, 2009 at 9:00 a.m., be rescheduled to December 11, 2009 at 9:00 a.m.

The parties are requesting this continuance because Defendant's counsel will be out of town in Southern California for depositions in *Harris v. Siena Care Inc.,* in Placer County

/ / / / /

/ / / / /

/ / / / /

/ / / / /

Superior Court.  The depositions are expected to last for two days.

Dated: November 19, 2009                    Respectfully submitted,

                                                        JOSEPH J. WISEMAN, P.C.

                                                        By:     /s/ Joseph J. Wiseman

                                                             JOSEPH J. WISEMAN
                                                             Attorney for Defendant
                                                             ERIC PANG

Dated: November 19, 2009                    LAWRENCE G. BROWN
                                                         United States Attorney


                                                        By:     /s/ Michael M. Beckwith
                                                             MICHAEL M. BECKWITH, AUSA
                                                            Attorney for Plaintiff
                                                            UNITED STATES OF AMERICA


## ORDER

Sentencing of Defendant ERIC PANG in the above-captioned case is continued to December 11, 2009 at 9:00 a.m.

Dated: 11/25/09

_____
GARLAND E. BURRELL, JR.
United States District Judge