**JOSEPH J. WISEMAN, ESQ., CSBN 107403**
**JOSEPH J. WISEMAN, P. C.**
   **1477 Drew Avenue, Suite 106**
   **Davis, California 95618**
   **Telephone: 530.759.0700**
   **Facsimile:   530.759.0800**

**Attorney for Defendant**
**ERIC PANG**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR S 08-0543 GEB |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER TO** |
| vs. ) | **CONTINUE SENTENCING** |
| ERIC PANG, ) | |
| Defendant. ) | |

    It is hereby stipulated and agreed to between Plaintiff, UNITED STATES OF AMERICA, through its counsel of record, Michael M. Beckwith, Assistant United States Attorney, and Defendant, ERIC PANG, through his counsel of record, Joseph J. Wiseman, and without objection from the United States Probation Officer assigned to this case, that the sentencing of Defendant now scheduled for January 29, 2010, at 9:00 a.m., be rescheduled to February 26, 2010, at 9:00 a.m.

    The parties are entering into this Stipulation to provide additional time for the defendant

/ / / / /
/ / / / /
/ / / / /
/ / / / /
/ / / / /
/ / / / /

1

Stipulation And Proposed Order To Continue Sentencing            Case No. CR S 08-0543 GEB

to meet and confer with secondary counsel, whose services were recently authorized by the court, concerning the terms and conditions of the plea agreement entered in this case.

Dated: January 26, 2010                    Respectfully submitted,

                                                                     JOSEPH J. WISEMAN, P.C.

                                                                     By:   /s/ Joseph J. Wiseman

                                                                           JOSEPH J. WISEMAN
                                                                           Attorney for Defendant
                                                                           ERIC PANG

Dated: January 26, 2010                    LAWRENCE G. BROWN
                                                                       United States Attorney

                                                                    By:   /s/ Michael M. Beckwith
                                                                        MICHAEL M. BECKWITH, AUSA
                                                                        Attorney for Plaintiff
                                                                        UNITED STATES OF AMERICA

**ORDER**

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT the sentencing of Defendant ERIC PANG in the above-captioned case shall be continued to February 26, 2010, at 9:00 a.m.

Dated: 1/29/10

                                         GARLAND E. BURRELL, JR.
                                         United States District Judge